# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00058-CV

**Texas Department of Motor Vehicles, Motor Vehicle Division, Appellant**

**v.**

**Kubota Tractor Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-10-004496, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Texas Department of Motor Vehicles, Motor Vehicle Division and counsel for appellee Kubota Tractor Corporation have filed a "Joint Motion to Vacate Final Judgment and to Dismiss" this appeal in accordance with the parties' settlement agreement.

We grant the motion in part, vacate the judgment without reference to the merits, and remand to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Vacated and Remanded on Joint Motion

Filed:   May 17, 2012